**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1253**

CHARLIE C. KEMP, JR.,

             Plaintiff – Appellant,

      v.

VOLVO GROUP NORTH AMERICA, INC.,

             Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   Samuel G. Wilson, District Judge.  (7:11-cv-00535-SGW-RSB)

Submitted:  September 13, 2013      Decided:  October 2, 2013

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charlie C. Kemp, Jr., Appellant Pro Se. James M. Coleman, CONSTANGY, BROOKS & SMITH, Fairfax, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charlie C. Kemp, Jr., appeals the district court's order granting summary judgment to the Defendant, his former employer, in this action pursuant to the Americans with Disabilities Act, 42 U.S.C.A. §§ 12101-12213 (West 2006 & Supp. 2013). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kemp v. Volvo Group North America, Inc., No. 7:11-cv-00535-SGW-RSB (W.D. Va. Jan. 24, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED